**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2829-16T2

CAVALRY SPV I, LLC, AS
ASSIGNEE OF FIA CARD
SERVICES, N.A./BANK OF
AMERICA, N.A.,

     Plaintiff-Appellant,

v.

JANICE L. PEPE,

     Defendant-Respondent.

_____

Submitted September 18, 2018 – Decided September 21, 2018

Before Judges Yannotti, Rothstadt and Gilson.

On appeal from Superior Court of New Jersey, Law Division, Essex County, Docket No. L-0133-15.

Maurice Wutscher LLP, attorneys for appellant (Thomas R. Dominczyk and Donald S. Maurice, Jr., on the briefs).

Stern Thomasson LLP, attorneys for respondent (Philip D. Stern and Andrew T. Thomasson, on the brief).

PER CURIAM

     Appellant Cavalry SPV I, LLC has advised the court that it wishes to withdraw its appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-2829-16T2